## <u>ORDER</u>

**AND NOW**, this 23 day of September, 2009, upon consideration of petitioner's Petition for Writ of Habeas Corpus (Docket No. 1), Northampton County's Answer (Docket No. 12), the Report and Recommendation of Magistrate Judge Restrepo (Docket No. 13), and the record herein, and for the reasons provided in the accompanying memorandum, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED** as supplemented by the accompanying Memorandum;

2. The petition for a writ of habeas corpus is **DISMISSED**; and

3. A Certificate of Appealability is **NOT GRANTED**.

Pollak, J.